UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-29103 |
|---|---|---|
| | ) | |
| | ) | Chapter: 13 |
| KATHLEEN LEWANDOWSKI | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

This cause coming before the Court on Debtor's Motion to Modify Chapter 13 Plan; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. Debtor's Motion to Modify Chapter 13 Plan is granted.

2. Debtor's delinquency in payments to the Chapter 13 Trustee of $5,684.00 shall be deferred to the end of the plan term.

3. Commencing with the April 2018 payment to the Chapter 13 Trustee, Debtor shall make monthly payments to the trustee in the amount of $1,527.00 monthly for the remainder of the plan term.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 2 2 MAY 2018

**Prepared by:**
Joseph Scott Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Counsel for Kathleen Lewandowski

Rev: 20170105_bko