# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** A. Benjamin Goldgar     **Hearing Date** April 9, 2019

**Bankruptcy Case** No. 17 B 29103     **Adversary**

**Brief Statement of Motion**: Kathleen Lewandowski

Order setting evidentiary hearing on motion to modify plan

**Names and Addresses of moving counsel**

**Representing**

## ORDER

This matter is set for hearing on April 30, 2019, at 1:30 p.m. in courtroom 642, 219 S. Dearborn Street, Chicago, IL 60604, on the motion of debtor Kathleen Lewandowski to modify plan. Each party must file with the court and exchange with the other parties a list of exhibits and a list of witnesses, and must exchange copies of exhibits, on or before April 26, 2019. Courtesy copies of the exhibit and witness lists and the exhibits must be supplied to the court on the due date. Failure to comply with these requirements *will* result in a sanctions order as follows: (1) any exhibit not listed and exchanged will not be admitted into evidence; (2) a party who fails to file the exhibit list, exchange the list, or exchange exhibits will be barred from introducing any exhibits into evidence; (3) any witness not identified and listed will be barred from testifying; (4) a party who fails to file the witness list or exchange the list will be barred from presenting any witnesses; and (5) a party who fails to deliver courtesy copies of all pretrial materials to chambers will be barred from presenting evidence. *In re Maurice*, 21 F.3d 767 (7th Cir. 1994).