UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-29103 |
| | ) | |
| KATHLEEN LEWANDOWSKI | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

This cause coming before the Court on Debtor's Motion to Modify Chapter 13 Plan; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. Debtor's Motion to Modify Chapter 13 Plan is granted.

2. Debtor's delinquency in payments to the Chapter 13 Trustee of $6,108.00 ~~shall be~~ *is* deferred to the end of the plan term.

3. Commencing with the March 2019 payment to the Chapter 13 Trustee, Debtor ~~shall~~ *must* make monthly payments to the trustee in the amount of $1,673.00 monthly for the remainder of the plan term.

Enter:

*[signature]*
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 3 0 APR 2019

**Prepared by:**
Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Rev: 20170105_bko