# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Kathleen Lewandowski | ) | Chapter 13 |
| | ) | Case No. 17 B 29103 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Kathleen Lewandowski
2111 S 51st Ave Apt #2
Cicero, IL  60804

Debtor Attorney: Sulaiman Law Group Ltd
via Clerk's ECF noticing procedures

On February 11, 2020 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, February 1, 2020.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On September 28, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on December 19, 2017, for a term of 60 months with payments of $1,673.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 28 | $31,934.00 | $26,342.00 | $5,592.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 01/31/2020
Due Each Month: $1,673.00
Next Pymt Due: 02/28/2020

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 07/25/2018 | 9033547750 | $1,527.00 | 10/22/2018 | 9470623370 | $2,000.00 |
| 11/09/2018 | 9242337785 | $3,535.00 | 11/09/2018 | 4289503900 | $2,100.00 |
| 03/15/2019 | 9033550350 | $1,673.00 | 04/18/2019 | 9033550849 | $1,673.00 |
| 06/19/2019 | 9033551616 | $1,673.00 | 07/15/2019 | 9416736891 | $1,673.00 |
| 09/03/2019 | 9033552400 | $1,100.00 | 09/23/2019 | 9033552746 | $1,673.00 |
| 10/22/2019 | 9416737754 | $1,673.00 | 11/25/2019 | 9033553401 | $1,673.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE