*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*


March 06, 2018

Exeter Finance Corp
2250 W John Carpenter Fwy
Irving TX 75063-2765

**State Farm Claims**
PO Box 52250
Phoenix AZ 85072-2250

RE:  Claim Number:   13-3044-W04
     Date of Loss:    February 21, 2018
     Vehicle Owner:   Kathleen Lewandowski
     VIN:             1FAHP3H29CL430902
     Loan Number:     430902

To Whom It May Concern:

Enclosed is our draft in the amount of $5,652.91. This payment represents the total loss settlement for the lien on the 2012 Ford FOCUS owned by Kathleen Lewandowski.

Please return the lien release and title in the enclosed envelope as soon as possible. If the title is being held electronically, please instruct the Department of Motor Vehicles to send the printed title directly to:

Copart
110 E Palatine Rd
Wheeling, IL 60090

If there are any problems in releasing the title, please do not negotiate the draft and contact us immediately.

Thank you for your timely attention to this matter.

13-3044-W04
Page 2
March 06, 2018

Sincerely,

Duane Bruun
Claim Specialist
(855) 231-1590 Ext. 712

State Farm Mutual Automobile Insurance Company

Enclosures: Payment