# Claim Detail



Case  1729103    Debtor1  KATHLEEN LEWANDOWSKI    Trustee  MARSHALL, MARILYN O. (CHICAGO, IL)

## CLAIM DETAIL

| | |
|---|---|
| Claim Number | 12 |
| Claim Description | DEBT SECURED BY VEHICLE |
| Claim Type Code | S |
| Class Type Description | SECURED |
| Class Type Code | S |
| Level | 20 |
| Comment | |
| Account Number | 2358 |
| Reference Number | 101954195 |
| UCI | |
| Court Claim Number | 5 |
| Claim Filed Date | 01/29/2018 |

## CLAIM AMOUNTS

| | |
|---|---|
| Claim Amount | $6,092.00 |
| Scheduled Amount | $9,791.00 |
| Monthly Payment | $116.36 |
| Collateral Value Amount | $6,092.00 |
| Principal Paid | $2,408.89 |
| Principal Owed | $3,683.11 |
| Principal Due Amount | $322.66 |
| Interest Rate % | 5.5000 |
| Interest Paid | $550.73 |
| Interest Due Amount | $16.09 |
| Trustee Percent | 0.0000 |

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | Exeter Finance Corporation |
| Mailing Address | P O Box 167399 |
| | Irving, TX 75016 |
| Contact Name | Shirley Slaughter |
| Phone Number | (469) 754-4218 |
| Creditor Number | 100149213 |

## FLAGS

| | |
|---|---|
| No Check Indicator | |
| Stop Disburse Indicator | |
| Continuing Indicator | |
| Reserve Indicator | |

## PAYMENT HISTORY

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 12/20/2019 | 7107543 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $155.22 | $2,959.62 |
| 12/20/2019 | 7107543 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $19.66 | $2,804.40 |
| 11/15/2019 | 7107455 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $158.03 | $2,784.74 |
| 11/15/2019 | 7107455 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $16.86 | $2,626.71 |
| 10/18/2019 | 7107358 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $160.11 | $2,609.85 |
| 10/18/2019 | 7107358 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $17.54 | $2,449.74 |
| 09/20/2019 | 7107276 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $94.39 | $2,432.20 |
| 09/20/2019 | 7107276 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $22.42 | $2,337.81 |
| 08/16/2019 | 7107193 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $159.05 | $2,315.39 |

| DATE | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | PAYMENT AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 08/16/2019 | 7107193 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $18.61 | $2,156.34 |
| 07/19/2019 | 7107116 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $130.95 | $2,137.73 |
| 07/19/2019 | 7107116 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $43.21 | $2,006.78 |
| 05/17/2019 | 7106955 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $154.37 | $1,963.57 |
| 05/17/2019 | 7106955 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $19.81 | $1,809.20 |
| 04/19/2019 | 7106853 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $62.75 | $1,789.39 |
| 04/19/2019 | 7106853 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $111.44 | $1,726.64 |
| 11/16/2018 | 7106429 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $722.57 | $1,615.20 |
| 11/16/2018 | 7106429 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $75.49 | $892.63 |
| 08/17/2018 | 7106181 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $84.95 | $817.14 |
| 08/17/2018 | 7106181 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $76.67 | $732.19 |
| 05/18/2018 | 7105938 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $87.41 | $655.52 |
| 05/18/2018 | 7105938 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $77.87 | $568.11 |
| 02/16/2018 | 7105697 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/PRINCIPAL | $289.77 | $490.24 |
| 02/16/2018 | 7105697 | EXETER FINANCE CORPORATION | DISBURSEMENT TO CREDITOR/INTEREST | $51.15 | $200.47 |
| 12/15/2017 | 7105571 | EXETER FINANCE CORP | DISBURSEMENT TO CREDITOR/PRINCIPAL | $149.32 | $149.32 |