# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | |
| | Case No. 1:17-bk-29103 |
| KATHLEEN LEWANDOWSKI | Chapter 13 |
| | Honorable A. Benjamin Goldgar |
| Debtor(s) | |

## NOTICE OF MOTION

To:   *See attached service list*

**PLEASE TAKE NOTICE** that on **March 24, 2019 at 9:30 a.m.**, the undersigned will appear before the Honorable A. Benjamin Goldgar at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 642, Chicago, Illinois and will then and there present **MOTION TO MODIFY PLAN**, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I, Joseph Scott Davidson, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Marilyn O. Marshall, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on February 24, 2020 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

*/s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Kathleen Lewandowski*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-29103<br>Northern District of Illinois<br>Chicago<br>Fri Apr 13 11:53:22 CDT 2018 | Exeter Finance LLC Department<br>Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Afni<br>Attn: Bankruptcy<br>Po Box 3097<br>Bloomington, IL 61702-3097 | Afni<br>Po Box 3097<br>Bloomington, IL 61702-3097 | Amita Health Adventist<br>Medical Center PFS<br>PO Box 9246<br>Oak Brook IL 60522-9246 |
| Atg Credit Llc<br>1700 W. Cortland St.<br>Ste. 2<br>Chicago, IL 60622-1131 | CCI/Contract Callers Inc<br>Po Box 3000<br>Augusta, GA 30914-3000 | Department of the Treasury<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 |
| Dept Of Ed/582/nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Dept Of Ed/582/nelnet<br>Attn: Claims/Bankruptcy<br>Po Box 82505<br>Lincoln, NE 68501-2505 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 |
| Exeter Finance Corp<br>Po Box 166008<br>Irving, TX 75016-6008 | Exeter Finance Corp<br>Po Box 166097<br>Irving, TX 75016-6097 | Exeter Finance LLC<br>c/o AIS PORTFOLIO SERVICES LP<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118-7901 |
| Grand Canyon University<br>3300 W. Camelback Rd.<br>Phoenix, AZ 85017-1097 | HZ CNAC INC<br>DBA CNAC BERWYN<br>3227 S. Westnedge Ave.<br>Kalamazoo, MI 49008-2902 | Home Choice<br>5501 Headquarters Dr.<br>Plano, TX 75024-5837 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | Merchants Credit<br>223 W. Jackson Blvd.<br>Ste. 700<br>Chicago, IL 60606-6914 | PNC Bank, NA<br>Attn: Bankruptcy Dept.<br>Po Box 489909<br>Charlotte, NC 28269 |
| Sterling Uni<br>Po Box 300639<br>Fern Park, FL 32730-0639 | US Department of Education c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | Weltman, Weinberg & Reis Co., LPA<br>180 N. LaSalle St.<br>Suite 2400<br>Chicago, IL 60601-2704 |
| Joseph S Davidson<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 | Kathleen Lewandowski<br>2111 S. 51st Ave<br>Apt. #2<br>Cicero, IL 60804-2337 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Illinois Department of Revenue
Bankruptcy Unit
Po Box 19035
Springfield, IL 62794-9035

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Dept Of Ed/582/nelnet<br>121 S. 13th St.<br>Lincoln, NE 68508-1904 | (d)Exeter Finance LLC Department<br>Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     2<br>Total                  29 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:

KATHLEEN LEWANDOWSKI

Debtor(s)

Case No. 1:17-bk-29103

Chapter 13

Honorable A. Benjamin Goldgar

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES, KATHLEEN LEWANDOWSKI (the "Debtor"), through undersigned counsel, pursuant to 11 U.S.C. §1329 moves this Court to Modify Chapter 13 Plan, and in support thereof, states as follows:

1. On September 28, 2017, Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code [Doc. #1].

2. On December 19, 2017, an Order Confirming Plan was entered [Doc. #39].

3. Debtor's confirmed plan provides:

**Section D.** *Payments by debtor to the trustee; plan term and completion*

*1. Initial plan term.* The debtor will pay to the trustee **$1,421.00** monthly for **60** months for total payments, during the initial plan term, of **$85,260.00**.

∗∗∗

**Section E.** *Disbursements by the trustee*

8. *General unsecured claims (GUCs).* All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata, ■ in full.

4.      On May 22, 2018, Debtor's confirmed plan was modified to (1) defer Debtor's $5,684.00 default; and (2) increase payments to $1,527.00 for the remaining plan term [Doc. 34].

5.      On April 30, 2019, Debtor's confirmed plan was modified to (1) defer Debtor's $6,108.00 default; and (2) increase payments to $1,673.00 for the remaining plan term [Doc. 61].

6.      Once more, Debtor fell behind.

7.      On January 31, 2020, the Chapter 13 Trustee filed a Motion to Dismiss Case for Failure to Make Plan Payments [Doc. 62].

8.      Thereafter, Counsel for Debtor learned that (1) on February 21, 2018, Debtor's 2012 Ford Focus was involved in an accident and was determined to be "totaled," and (2) on March 6, 2018, State Farm Mutual Automobile Insurance Company paid $5,652.91 to Exeter Finance LLC ("Exeter").

9.      Exeter did not withdraw Claim 5-1.

10.     Instead, Exeter unjustly received $2,469.38 in payments.

11.     On February 14, 2020, Debtor filed an Objection to Claim 5-1, seeking to "clawback" $2,469.38 from Exeter.

12.     Here, Debtor proposes deferring Debtor's $5,592.00 default, and paying $1,386.00 monthly for the remaining plan term – beginning with Debtor's March 2020 payment

13.     Modifying Debtor's plan won't prejudice Debtor's general unsecured creditors, as they will continue to be paid in full (as provided by Debtor's confirmed plan).

**WHEREFORE**, Debtor respectfully requests the Court enter an Order Modifying Debtor's Chapter 13 Plan to defer the $5,592.00 default; and set Debtor's payments at $1,386.00 for the remaining plan term; and grant any other relief deemed appropriate and equitable.

Dated: February 24, 2020                     Respectfully submitted,

**KATHLEEN LEWANDOWSKI**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com